## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

JILIENE APARECIDA MACHADO FREITAS,
                              *Plaintiff,*

         v.

JOHN THOMPSON, et al.
                              *Defendants.*

**Civil Action No.:**

**2:26-cv-8459**

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, JILIENE APARECIDA MACHADO FREITAS, by and through undersigned counsel, hereby voluntarily dismisses the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

At the time of this filing, no Defendant has served an Answer or a Motion for Summary Judgment. Accordingly, Plaintiff is entitled to dismiss this action without a court order. This dismissal is without prejudice.

**Dated: 08/03/26**

Respectfully Submitted,

*Alexandra Minogue*

Alexandra Minogue, Esq.
NJ Bar ID: 479582024
Nova Law Group
21 Fulton Street
Newark, NJ 07102
E: aminogue@nova.law
P: 844-844-6682
*Counsel for Plaintiff*

**SO ORDERED.**

Hon. Esther Salas, U.S.D.J.
Date: August 4. 2026

1